Gregory HERMAN, Appellant,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION (captioned below as Norman P. Barnes and Gregory S. Herman), Appellee,

and

Science Applications International Corporation (captioned below as Norman P. Barnes and Gregory S. Herman), Appellee.

No. 03–1510.

TA INSTRUMENTS, INC., Plaintiff–Cross Appellant,

v.

The PERKIN–ELMER CORPORATION, Defendant–Appellant.

No. 03–1501, 03–1502.

United States Court of Appeals, Federal Circuit.

Dec. 1, 2003.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

United States Court of Appeals, Federal Circuit.

Dec. 2, 2003.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.